# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| COLTON FRANCIS LEEKLEY-WINSLOW,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF MINNESOTA, COURT CLERK "CINDY," and COURT CLERK "MICHELLE,"<br><br>Defendants. | Case No. 19-CV-2071 (NEB/HB)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION |

The Court has received the September 30, 2019 Report and Recommendation of United States Magistrate Judge Hildy Bowbeer. [ECF No. 4.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 4] is ACCEPTED;

2. All claims in Plaintiff Colton Leekley-Winslow's Complaint against Defendants Court Clerk "Cindy" and Court Clerk "Michelle" are DISMISSED WITH PREJUDICE; and

3. Plaintiff's claims for monetary relief against the State of Minnesota are DISMISSED WITHOUT PREJUDICE.

Dated: October 31, 2019

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge