# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| COLTON FRANCIS LEEKLEY-WINSLOW, | Case No. 19-CV-2071 (NEB/HB) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| STATE OF MINNESOTA, | |
| Defendant. | |

The Court has received the March 30, 2020 Report and Recommendation of United States Magistrate Judge Hildy Bowbeer. (ECF No. 26.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 26) is ACCEPTED;

2. Defendant State of Minnesota's Motion to Dismiss (ECF No. 11) is GRANTED; and

3. All claims are DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 1, 2020                                      BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge
